## ROUSE v. MAXWELL

No. 68.

Case below: 40 N.C. App. 538.

Petition by defendants for discretionary review under G.S. 7A-31 allowed 28 June 1979 (297 N.C. 612) and petition by third-party defendant Simpson for writ of certiorari allowed 30 July 1979 (297 N.C. 698) vacated 6 November 1979. Petition by defendant Maxwell for discretionary review under G.S. 7A-31 filed 7 May 1979 and petition by defendant Simpson for writ of certiorari filed 9 July 1979 denied 6 November 1979. The proceedings in this cause in the Supreme Court dismissed 6 November 1979.

## STATE v. BROWN

No. 105 PC.

Case below: 43 N.C. App. 532.

Petition by defendant for discretionary review under G.S. 7A-31 denied 20 November 1979. Petition by defendant for stay of execution of judgment denied 20 November 1979.

## STATE v. ENSLIN

No. 40 PC.

Case below: 42 N.C. App. 565.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 November 1979.

## STATE v. GUIRGUIS

No. 57 PC.

Case below: 41 N.C. App. 405.

Application by defendant for further review denied 6 November 1979.